**Exhibit "B"**

ABS-7 (1/19)
MV-104 (5/11) PAGE 1 of 2

FOLD ——→ ←—— HERE

**New York State Department of Motor Vehicles**
# REPORT OF MOTOR VEHICLE ACCIDENT
www.dmv.ny.gov

*Use only for accidents that happen in New York State*

BEFORE COMPLETING THIS FORM, READ THE INSTRUCTIONS IN SECTION A ON PAGE 2

**DO NOT FORGET ACCIDENT DATE** Page 1 of 1 ☐ **RUSH** - DRIVER OF VEHICLE 1 - LICENSE SUSPENDED FOR FAILURE TO REPORT

| Accident Date | | | Day of Week | Time | | Number of Vehicles | Number Injured | Number Killed | Did police investigate accident at scene? | If "Yes", Name of Police Agency or Precinct & Accident Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 07 | Day 20 | Year 21 | TUESDAY | 6:20 | ☑ AM ☐ PM | 2 | 2 | | ☐ Yes ☑ No | |

## DRIVER OF VEHICLE 1 | ☑ VEHICLE 2  ☐ PEDESTRIAN  ☐ BICYCLIST  ☐ OTHER PEDESTRIAN

**① DRIVER**
- Driver License ID Number: 878838470 | State of License: NY
- Driver Name: FARINA, NICOLA, S
- Address: 8633 BAY 16TH STREET
- City: BROOKLYN | State: NY | Zip: 11214
- Date of Birth: Month 09 Day 15 Year 74 | Sex: M | Number of People in Vehicle: 1 | Public Property Damaged: ☐

- Driver License ID Number: 33139697 | State of License: PA
- Name: JN LOUIS MICHELET
- Address: 512 N CENTRE STREET | Apt. 21
- City: POTTSVILLE | State: PA | Zip: 17901
- Date of Birth: Month 08 Day 03 Year 82 | Sex: M | Number of People in Vehicle: 1 | Public Property Damaged: ☐

**② REGISTRANT**
- Name: FARINA, NICOLE, S
- Address: 8633 BAY 16TH STREET
- City: BROOKLYN | State: NY | Zip: 11214
- Date of Birth: Month 09 Day 15 Year 74
- Plate Number: BMB3377 | State of Reg.: NY | Vehicle Year & Make: 2019 NISS | Vehicle Type: 4DSD | Ins. Code: 148

- Name: WERNER ENTERPRISES, INC
- Address: 14507 FRONTIER ROAD
- City: OMAHA | State: NE | Zip: 68138
- Plate Number: W26409 | State of Reg.: NE | Vehicle Year & Make: 2019 KW | Vehicle Type: TR

**③ VEHICLE DAMAGE**
- Estimated Cost of Property Damage - Vehicle 1: ☐ $1,001-$1,500  ☐ $1,501-$2,500  ☑ Over $2,500
- Describe damage to vehicle 1: BROKEN DOOR, BROKEN FENDER, BROKEN TAILLIGHTS, DAMAGE TO REAR WHEEL WELL AND RIM, RIPPED BUMPER
- ACCIDENT DIAGRAM: Circle one of the 9 diagrams (numbered 0-8) if it describes the accident, or draw your own diagram below in space #9. Number the vehicles. Your vehicle is #1
- Estimated Cost of Property Damage - Vehicle 2: ☐ $1,001-$1,500  ☐ $1,501-$2,500  ☐ Over $2,500
- Describe damage to vehicle 2: (diagram #2 - Sideswipe same direction circled)

**④ ACCIDENT LOCATION**
- Place Where Accident Occurred in New York State:
- County: KINGS  ☐ City ☐ Village ☐ Town of _____  Permanent Landmark _____
- Road on which accident occurred: Interstate 278 Brooklyn-Queens Expressway (BQE) East
- at ☐ 1) intersecting street _____
- or 2) _____ Feet _____ Miles  ☐N ☑S ☐E ☐W of (Exit 30) Flushing Avenue
- How did the accident happen? DRIVER OF VEHICLE 1 WAS exiting E/B BQE IN RIGHT LANE WHEN VEHICLE 2 ATTEMPTED TO MERGE INTO THE RIGHT LANE FROM CENTER LANE NOT SEEING VEHICLE 1 THEREBY CAUSING COLLISSION.

**⑤ ALL INVOLVED**

| Names of All Persons Involved | 8. Which Veh Occupied | 9. Position in/on Vehicle | 10. Safety Equip. Used | 12. Age | 13. Sex | 16. Injury A B C | Describe Injuries | If Deceased, Enter Date of Death |
|---|---|---|---|---|---|---|---|---|
| FARINA, NICOLA, S | 1 | 1 | 4 | 41 | M | | NECK, BACK, KNEES, SHOULDERS | |
| JN LOUIS MICHELET | 2 | 1 | | 38 | M | | | |

**⑥ INSURANCE**
- Identify Damaged Property Other Than Vehicle(s): 
- VIN: 1N4BL4BV7KC105271
- Name of Insurance Company That Issued Policy For Vehicle 1: GEICO INSURANCE COMPANY
- Policy Number: 6668274249
- Name and Address of Policy Holder: FARINA, NICOLA, S
- Policy Period From _____ To _____
- If Vehicle was Operated Under Permit (ICC, USDOT or NYSDOT), give No. _____
- Name and Address of Permit Holder _____
- If Self-Insured, give Certificate No. _____ and State _____

Date _____ | Print Name of Driver (or Representative*) of Vehicle 1: NICOLA FARINA | Signature of Driver (or Representative*) of Vehicle 1: *(signed)*

* A representative may sign for the driver if the driver is unable to sign because of injury or death. If you are signing as the driver's representative, check the box that describes why the driver cannot sign. ☐ Injury ☐ Death

An accident report is not considered complete and filed unless it is signed, and if not signed may result in the suspension of your driver's license.

This is to certify that this document is a true and complete copy of a record on file in the New York State Department of Motor Vehicles, Albany, New York.

*Mark JF. Schroeder*
COMMISSIONER OF MOTOR VEHICLES